## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KDG, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| OWNERS INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT OWNERS INSURANCE CO.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, defendant Owners Insurance Company ("Owners") hereby removes the action filed by the above-referenced Plaintiff, now pending in the District Court of Wyandotte County, Kansas with Case No. 2020-cv-000446. As grounds for removal, Owners states the following:

1.      On July 29, 2020, Plaintiff filed a breach of contract petition in the District Court of Wyandotte County, Kansas naming Owners as defendant. The Petition seeks actual damages, pre-and post-judgment interest, reasonable attorney's fees, and court costs. A true and correct copy of said the Petition is attached hereto as Exhibit 1.

2.      On or about August 19, 2020, Owners was served a copy of the Petition and summons.

3.      On September 23, 2020, Owners filed a timely answer to the Petition.

4.      The United States District Court has original jurisdiction over this civil action and removal of this action to the United States District Court for the District of Kansas is proper under 28 U.S.C. §§1332(a) and 1441, because complete diversity exists between the parties and the amount in controversy requirement is satisfied. Specifically:

a. Plaintiff is a Missouri limited liability company. [Ex. 1, ¶1.] The owners of Plaintiff are Kevin Kearns and Patrick Kearns, who are residents of Missouri and Kansas, respectively. [Ex. 2, ¶¶1-2.] Thus, pursuant to 28 U.S.C. §1332(c), Plaintiff is a resident of Missouri and Kansas. *See Birdsong v. Westglen Endoscopy Center, L.L.C.*, 176 F.Supp.2d 1245, 1248 (D. Kan. 2001) (recognizing an LLC is a citizen, for purposes of diversity, of each state where its members are citizens); *see also Conagra Foods, Inc. v. Americold Logistics, LLC*, 776 F.3d 1175, 1180 (10th Cir. 2015) (finding that Supreme Court precedent dictates that "the citizenship of any non-corporate artificial entity is determined by considering all of the entity's members").

b. Owners is a Michigan corporation with its principal place of business in Lansing, Michigan. Thus, pursuant to 28 U.S.C. §1332(c), Owners is a resident of Michigan.

c. Plaintiff seeks damages greater than $75,000. [Ex. 3, ¶1.]

5.    Because the Petition on its face did not provide necessary federal jurisdictional allegations, Owners was unable to remove the Petition prior to filing its answer. Since then, however, Owners propounded discovery to ascertain the amount in controversy and the name and residency of each of Plaintiff's members.

6.    On October 28, 2020, Plaintiff mailed its discovery responses to counsel for Owners, who received the discovery responses on or about Friday, October 30, 2020.

7.    This Notice of Removal has been filed within thirty (30) days of receipt by Owners of Plaintiff's discovery responses that evidenced this matter is removable. Therefore, this Notice of Removal has been timely filed pursuant to 28 U.S.C. §1446(b)(3).

8.      Promptly after the filing of this Notice, Owners will file a Notice of Filing of Notice of Removal, attaching to it a copy of this Notice of Removal, along with its attachments, with the Clerk of the District Court of Wyandotte County, Kansas. Owners will also serve the Notice of Filing Notice of Removal, along with its attachments, upon counsel for Plaintiff in this matter.

9.      Owners is also filing with this Notice a copy of all process, pleadings, and orders relevant to this matter. A true and correct copy of these filings (except a copy of the petition, which is attached hereto as Exhibit 1) is attached hereto as Exhibit 4.

10.     Owners hereby demands a trial by jury on any and all issues and claims triable to a jury.

WHEREFORE, defendant Owners Insurance Company gives notice that the action referred to herein is removed from the District Court of Wyandotte County, Kansas, to the United States District Court for the District Court of Kansas for the exercise of jurisdiction over the matter as though it had originally been instituted in this Court.

DATED:  November 11, 2020

Respectfully Submitted,

SHAFFER LOMBARDO SHURIN, PC

*/s/ Michael F. Barzee*
Richard F. Lombardo          KS#22326
Michael F. Barzee            KS#27217
2001 Wyandotte Street
Kansas City, Missouri 64108
816-931-0500
816-931-5775 (fax)
rlombardo@sls-law.com
mbarzee@sls-law.com
ATTORNEYS FOR DEFENDANT
OWNERS INSURANCE CO.

{2567/0739: 00447262.DOCX.}                     3

## CERTIFICATE OF SERVICE

NOW ON THIS 11th day of November 2020, the undersigned certifies that the above

notice and attachments thereto were served upon the following counsel by electronic mail:


J. Michael Grier
Christopher K. Snow
WARDEN GRIER, LLP
3515 W. 75th St., Suite 102
Prairie Village, KS 66208
816-877-8104
816-877-8179 (fax)
mgrier@wardengrier.com
csnow@wardengrier.com
ATTORNEYS FOR PLAINTIFF
KDG, LLC

*/s/ Michael F. Barzee*