ELECTRONICALLY FILED
2020 Jul 29 PM 3:41
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000446

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS,
29th JUDICIAL DISTRICT, CIVIL COURT DEPARTMENT

| | |
|---|---|
| KDG LLC, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) Case No.: |
| | ) |
| OWNERS INSURANCE COMPANY, | ) Division: |
| Serve: | ) |
| Kansas Commissioner of Insurance | ) |
| Attn: Legal Division | ) |
| Kansas Insurance Department | ) |
| 420 SW 9th Street | ) |
| Topeka, KS 66612 | ) |
| | ) |
|     Defendant. | ) |

## PETITION

Plaintiff KDG LLC (hereinafter, "Plaintiff" or "Plaintiff KDG"), for its Petition against Defendant Owners Insurance Company ("Defendant" or "Defendant OIC"), states and alleges as follows:

### THE PARTIES

#### Plaintiff

1. Plaintiff KDG, a commercial real estate investor/developer, is a Missouri limited liability company with its registered office located at 2321 S.W. Hawk View Road, Lee's Summit, Missouri, 64082.

#### Defendant

2. Upon information and belief, Defendant OIC, a property and casualty insurer, is a Ohio corporation qualified to do business in Kansas, in good standing, and having a statutory office located at 2325 N. Cole Street, Lima, Ohio 45801, and a general administrative address located at 6101 Anacapri Blvd., Lansing, Michigan 48917.

EXHIBIT 1

3. Upon information and belief, Defendant Owners Insurance Company may be served through the Kansas Insurance Commissioner, Attn. Legal Division, Kansas Insurance Department, 420 S.W. 9th Street, Topeka, Kansas 66612.

## VENUE AND JURISDICTION

4. Venue and jurisdiction are proper in this Court by virtue and application of K.S.A.§ 60-605 et. seq. and K.S.A. § 60-308 et. seq., as the insured property is located in and the cause of action arose in Wyandotte County.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. At all times pertinent hereto, Plaintiff KDG was the owner of certain real property located in Wyandotte County at 753 State Avenue, Kansas City, Kansas 66101, and commonly referred to as the Brotherhood Building ("the Subject Property").

6. At all times pertinent hereto, Plaintiff KDG was the insured under a commercial general liability policy issued by Defendant OIC, said Policy having a stated "Policy Term" of July 18, 2018 to July 18, 2019, and a stated "Policy Number" of 184613-75869432-18 ("the Subject Policy").

7. The Subject Policy insured the Subject Property against multiple risks, including but not limited to hail, such that the Subject Policy is subject to and covered by K.S.A. § 40-908 et. seq.

8. The Subject Property sustained damaged due to hail, such that the Subject Policy covers the risk of loss associated with Plaintiff KDG's above-described damages.

9. Plaintiff has made proper and timely notice of claim to Defendant OIC on account of the above-described damages, but Defendant has failed or otherwise refused to provide appropriate reimbursement or payment to Plaintiff on account of same:

2

## COUNT I BREACH OF CONTRACT AS AGAINST DEFENDANT OIC

10. Plaintiff hereby incorporates by reference the allegations in paragraphs 1 through 9 of its Petition as if fully set forth herein.

11. Defendant OIC provided a contract of insurance (i.e., the Subject Policy), which included the risk of loss associated with the above-described damages in Plaintiff's Petition.

12. Plaintiff is entitled to coverage and benefits pursuant to the Subject Policy by virtue of Plaintiff's status as an insured under its terms.

13. Plaintiff provided timely and proper notice to Defendant OIC with respect to the above-described damages covered by the Subject Policy.

14. Defendant OIC assigned claim loss number 300-028560-2019 to Plaintiff's claim.

15. Defendant OIC has failed or otherwise refused to provide appropriate compensation or payment to Plaintiff for the above-described damages, contrary to and in breach of Defendant's obligations under the Subject Policy.

16. Plaintiff has been injured and damaged as a result of Defendant OIC's breach of the Subject Policy in an amount in excess of the jurisdictional minimum.

17. Wherefore, Plaintiff KDG LLC respectfully prays for judgment in its favor and against Defendant Owners Insurance Company for hail and related damages in an amount to be established at trial, for pre-and post-judgment interest at the applicable legal rate, for reasonable attorney's fees (i.e., pursuant to K.S.A. § 40-908 *et. seq.* and/or K.S.A. § 40-256 *et. seq.*), and court costs, together with any other or further relief this Court deems just and equitable or otherwise appropriate.

3

## DEMAND FOR JURY TRIAL

Plaintiff KDG LLC hereby requests trial by jury on all issues so triable.

Dated: July 28, 2020                    Respectfully submitted;

/s/ *Christopher K. Snow*
J. Michael Grier                KS #12047
Christopher K. Snow             KS #16749
WARDEN GRIER, LLP
3515 W. 75th St., Suite 102
Prairie Village, KS 66208
Telephone: (816) 877-8104
Facsimile: (816) 877-8179
mgrier@wardengrier.com
csnow@wardengrier.com
**ATTORNEYS FOR PLAINTIFF KDG LLC**

4