ELECTRONICALLY FILED
2020 Sep 09 AM 9:26
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000446



**Court:** Wyandotte County District Court

**Case Number:** 2020-CV-000446

**Case Title:** KDG LLC vs. Owners Insurance Company

**Type:** Clerk's Extension of Time

SO ORDERED.

*/s/ Kristi P. Hill*

/s/ Clerk of District Court

Electronically signed on 2020-09-09 09:26:28   page 1 of 3

**EXHIBIT 4**

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS, 29TH JUDICIAL DISTRICT, CIVIL COURT DEPARTMENT

KDG LLC,

    Plaintiff,

vs.                              Case No. : 2020-CV-000446

OWNERS INSURANCE COMPANY,

    Defendant.

### CLERK'S EXTENSION OF TIME

Defendant Owners Insurance Company, by and through its attorney, requests a clerk's extension pursuant to Kan. Sup. Ct. R. 113. In support, Owners Insurance Company was served with a Summons and the Petition in the above-captioned matter on August 19, 2020. As a result, Owners Insurance Company's Answer to the Petition is due twenty-one days after service, or on September 9, 2020. Pursuant to Kansas Sup. Ct. R. 113, Owners Insurance Company is granted an additional fourteen (14) days up to and including September 23, 2020 to plead or otherwise respond to the Petition in the above-captioned action.

_____
Clerk of the District Court

Prepared and submitted by:

Shaffer Lombardo Shurin

By: */s/ Richard F. Lombardo*
    Richard F. Lombardo
    2001 Wyandotte Street
    Kansas City, MO 64108-1925
    Tele: (816) 931-0500
    rlombardo@sls-law.com
    *Attorney for Defendant Owners Insurance Company*

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the above and foregoing was served by email on September 8, 2020 to:

Christopher K. Snow
Michael Grier
Warden Grier, LLP
3515 W. 75th St. Suite 102
Prairie Village, KS 66208
csnow@wardengrier.com
mgrier@wardengrier.com
ATTORNEYS FOR PLAINTIFF

                                  /s/ *Richard F. Lombardo*
                                  Attorney for Defendant

ELECTRONICALLY FILED
2020 Sep 23 AM 11:37
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000446

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**

| | |
|---|---|
| KDG, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2020-cv-000446 |
| | ) |
| OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT OWNERS INSURANCE COMPANY'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Owners Insurance Company sets forth the following answer and affirmative defenses to plaintiff KDG, LLC's Petition:

1.  Defendant lacks knowledge and information to form a belief regarding the truth or falsity of the allegations set forth in Paragraph 1 and therefore denies the same.

2.  Defendant admits that it is qualified to do business in Kansas and is in good standing but denies the remaining allegations set forth in Paragraph 2 and therefore denies the same.

3.  Defendant admits the allegations set forth in Paragraph 3.

4.  Paragraph 4 is a legal conclusion and therefore no response is required. To the extent such a response is required, Defendant denies the allegations contained in Paragraph 4 of the Petition.

5.  Defendant lacks knowledge and information to form a belief regarding the truth or falsity of the allegations set forth in Paragraph 5 and therefore denies the same.

6.  Defendant admits the allegations set forth in Paragraph 6.

7.  Defendant denies the allegations contained in Paragraph 7.

8.  Defendant denies the allegations contained in Paragraph 8.

{2567/0739: 00443174.DOCX.}                    1

9. Defendant denies the allegations contained in Paragraph 9.

## COUNT I – BREACH OF CONTRACT AS AGAINST DEFENDANT OWNERS

10. Defendant hereby incorporates by reference its answers above as if fully set forth herein.

11. Defendant denies the allegations contained in Paragraph 11.

12. Defendant denies the allegations contained in Paragraph 12.

13. Defendant denies the allegations contained in Paragraph 13.

14. Defendant admits the allegations contained in Paragraph 14.

15. Defendant denies the allegations contained in Paragraph 15.

16. Defendant denies the allegations contained in Paragraph 16.

17. Defendant denies the allegations contained in Paragraph 17.

## AFFIRMATIVE DEFENSES

18. Defendant denies each and every allegation not explicitly admitted above.

19. Plaintiff fails to state a claim upon which relief may be granted because the alleged property damage was caused by events that occurred outside the policy period.

20. Plaintiff fails to state a claim upon which relief may be granted in that Defendant complied with the terms and obligations of the policy of insurance issued to Plaintiff.

21. If Plaintiff sustained any injury or damage as alleged, which Defendant denies, said injury or damage was caused or contributed to be caused by the actions and/or inactions of others whom Defendant does not and cannot exercise control over.

22. If Plaintiff sustained damage as alleged, which Defendant denies, the sole and proximate cause of Plaintiff's damages, if any, were the intervening acts or omissions of persons or entities other than Defendant and over whom Defendant had control.

23. If Plaintiff sustained damage as alleged, which Defendant denies, the damages resulted from the defective or improper installation of the EPDM and/or defective or improper manufacturing of the EPDM.

24. Defendant reserves the right to assert additional affirmative defenses as they become known through the discovery process.

WHEREFORE, defendant Owners Insurance Company respectfully request for this Court to enter judgment in its favor and against Plaintiff, for costs associated in defending this case, and for such other and further relief this Court deems just and proper.

Respectfully Submitted,

SHAFFER LOMBARDO SHURIN, PC

/s/ Michael F. Barzee
Richard F. Lombardo        KS#22326
Michael F. Barzee          KS#27217
2001 Wyandotte Street
Kansas City, Missouri 64108
816-931-0500
816-931-5775 (fax)
rlombardo@sls-law.com
mbarzee@sls-law.com
ATTORNEYS FOR DEFENDANT
OWNERS INSURANCE COMPANY

## CERTIFICATE OF SERVICE

NOW ON THIS 23rd day of September 2020, the undersigned certifies the above pleading was filed using this Court's ECF filing system with a notification containing a copy of the above pleading to all parties of record.

*/s/ Michael F. Barzee*

ELECTRONICALLY FILED
2020 Oct 01 PM 12:43
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000446

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| KDG, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2020-cv-000446 |
| | ) |
| OWNERS INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

COMES NOW defendant Owners Insurance Company by and through undersigned counsel, and hereby certifies that the following discovery, along with a copy of this Certificate of Service, was sent to plaintiff in Word and PDF format this 1st day of October, 2020 to:

Christopher K. Snow, Michael Grier, Warden Grier, LLP, 3515 W. 75th St. Suite 102, Prairie Village, KS 66208  csnow@wardengrier.com  mgrier@wardengrier.com

- Defendant Owners Insurance Company's First Set of Interrogatories to Plaintiff
- Defendant Owners First Requests for Admission

Respectfully Submitted,

SHAFFER LOMBARDO SHURIN, PC

*/s/ Michael F. Barzee*
Richard F. Lombardo  KS #22326
Michael F. Barzee  KS #27217
2001 Wyandotte Street
Kansas City, Missouri 64108
816-931-0500  816-931-5775 (fax)
rlombardo@sls-law.com
mbarzee@sls-law.com
ATTORNEYS FOR DEFENDANT
OWNERS INSURANCE COMPANY

{2567/0739: 00443734.DOCX.}

ELECTRONICALLY FILED
2020 Oct 29 PM 1:02
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000446

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**

| | |
|---|---|
| KDG, LLC | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2020-cv-000446 |
| | ) |
| OWNERS INSURANCE COMPANY | ) |
| | ) |
|       Defendant. | ) |

### NOTICE OF SERVICE

COMES NOW Plaintiff KDG, LLC by and through undersigned counsel, and hereby certifies that Plaintiff KDG, LLC's Response to Defendant's Request for Admission and Plaintiff KDG, LLC's Responses to Defendant's First Set of Interrogatories were served on October 28, 2020 via U.S. mail, postage prepaid, to: Richard Lombardo, Esq. and Michael Barzee, Esq., 2001 Wyandotte Street, Kansas City, MO 64108.

Dated: October 29, 2020                    Respectfully submitted,

 

*/s/ Christopher K. Snow*
J. Michael Grier            KS #12047
Christopher K. Snow     KS #16749
WARDEN GRIER, LLP
3515 W. 75th St., Suite 102
Prairie Village, KS 66208
Telephone: (816) 877-8104
Facsimile: (816) 877-8179
mgrier@wardengrier.com
csnow@wardengrier.com
**ATTORNEYS FOR PLAINTIFF KDG LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2020, the foregoing was electronically filed with the Court via the Court's ECF filing system, which will send notice to all counsel of record, including the following:

Richard F. Lombardo, Esq.
Michael F. Barzee, Esq.
SHAFER LOMBARDO SHURIN, P.C.
2001 Wyandotte Street
Kansas City, MO 64108
T: 816.931.0500
F: 816.931.5775
rlombardo@sls-law.com
mbarzee@sls-law.com
**ATTORNEY FOR DEFENDANT**

*/s/ Christopher K. Snow*
Christopher K. Snow

2