UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KDG, LLC, | ) |
|           Plaintiff, | ) |
| v. | ) Case No.: 20-cv-2569-KHV-GEB |
| OWNERS INSURANCE COMPANY, | ) |
|           Defendant. | ) |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff submits the parties' following joint stipulation, whereby they stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice, with the parties to bear their own respective costs and attorney's fees.

Dated: March 1, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher K. Snow* | */S/ Michael F. Barzee* |
| J. Michael Grier     KS #12047 | Richard F. Lombardo KS #22326 |
| Christopher K. Snow  KS #16749 | Michael F. Barzee    KS #27217 |
| WARDEN GRIER, LLP | Gregory P. Forney    KS#16329 |
| 3515 W. 75th St., Suite 102 | 2001 Wyandotte Street |
| Prairie Village, KS 66208 | Kansas City, MO 64108 |
| Phone: 816.877.8100 | 816-931-0500 |
| Facsimile: 816.877.8179 | 816-931-5775 (fax) |
| mgrier@wardengrier.com | rlombardo@sls-law.com |
| csnow@wardengrier.com | mbarzee@sls-law.com |
| | gforney@sls-law.com |
| and | **ATTORNEYS FOR DEFENDANT OWNERS INSURANCE CO.** |

Edward Eshoo, Jr. (Admitted *Pro Hac Vice*)
Merlin Law Group
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808

1

eeshoo@merlinlawgroup.com
**ATTORNEYS FOR PLAINTIFF**
**KDG, LLC**